# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SAM CARLISLE, | ) |
| | ) |
|      Plaintiff, | )  Case No.1:21-cv-01123-CFC |
|  v. | ) |
| | ) |
| AERPIO PHARMACEUTICALS, INC., | ) |
| CALEY CASTELEIN, CHERYL COHEN, | )  JURY TRIAL DEMANDED |
| ANUPAM DALAL, PRAVIN DUGEL, | ) |
| JOSEPH GARDNER, and STEVEN | ) |
| PRELACK, | ) |
| | ) |
|      Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Sam Carlisle ("Plaintiff") voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 6, 2021        **LONG LAW, LLC**

             By:  */s/ Brian D. Long*
                Brian D. Long (#4347)
                3828 Kennett Pike, Suite 208
                Wilmington, DE 19807
                Telephone: (302) 729-9100
                Email: BDLong@longlawde.com

                *Attorneys for Plaintiff*